UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON LAFLAMME,

    Petitioner,

v.

JEFF LYNCH,

    Respondent.

Case No. 21-cv-02281-RS (PR)

**ORDER OF TRANSFER**

In this federal habeas action petitioner challenges a conviction and sentence he received in the Amador County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

Dated: April 26, 2021

_____
RICHARD SEEBORG
Chief United States District Judge