UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME,<br><br>            Petitioner,<br><br>   v.<br><br>JEFF LYNCH,<br><br>            Respondent. | Case No. 2:21-cv-00756-JDP (HC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an unsigned application to proceed *in forma pauperis*. Petitioner, however, did not sign his application to proceed *in forma pauperis*.

Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because the application to proceed *in forma pauperis* is not signed, ECF No. 4, it will be disregarded. Petitioner will be provided an opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the $5 filing fee.

Accordingly, it is hereby ORDERED that:

1. Petitioner's unsigned application to proceed *in forma pauperis*, ECF No. 4, is disregarded.

1

2. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

3. Petitioner shall submit, within thirty days from the date of this order, a signed affidavit in support of his request to proceed *in forma pauperis* or the $5 filing fee.

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: April 29, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE