1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DON LAFLAMME,                                No.  2:21-cv-00756-JAM-JDP (HC)

12                    Petitioner,

13          v.                                      ORDER

14    JEFF LYNCH,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 8, 2022, the magistrate judge filed findings and recommendations herein which

21    were served on petitioner and which contained notice to petitioner that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    ////

28    ////

                                          1

1       1.  The findings and recommendations filed June 8, 2022, are **ADOPTED** in full;

2       2.  Petitioner's motion for correction of rights, ECF No. 18, is **DENIED**.

Dated: July 18, 2022                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE